# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

Jonathan Betts  }
        **Debtor**  }

## AFFIDAVIT

STATE OF ALABAMA    )
JEFFERSON COUNTY    )

Comes Now, Jonathan Bette, and testifies as follows:

1. I am currently employed as a minister with New Jerusalem Missionary Baptist Church and have been for over 60 days.
2. I do not receive check stubs.
3. My income from my job is approximately $450.00 monthly.

All of the above is true and correct to the best of my information, knowledge, and belief.

Dated: 09/18/2013

_____
Jonathan Betts

Sworn to and subscribed before me on this
The ___18th___ day of September, 2013

_____
Notary Public
My commission expires: 5/25/2015